(October 3, 1900.)

## ADDLE v. DAVENPORT.

[62 Pac. 681.]

MANDAMUS—COUNTY CONVENTION.—*Mandamus* is the proper remedy to compel the county auditor to file the ticket nominated by a county convention called by the regular county central committee of an organized party in such county, when the auditor refuses to file such ticket.

RIVAL FACTIONS—COUNTY TICKET.—In a contest between tickets nominated by rival county conventions as to which ticket or convention is entitled to the party name, both conventions claiming to represent the same political party, the court will not inquire into the matter further than to determine which of such conventions was controlled by the party organization, and such convention is entitled to the sole use of the party named and to have its ticket placed upon the official ballot.

(Syllabus by the court.)

Original proceeding for writ of mandate.

J. H. Hawley and A. A. Fraser, for Plaintiff, file no brief.

Charles E. Miller, for Defendant, files no brief.

Per CURIAM.—The court is called upon to decide which of the two rival conventions of the Democratic party of Shoshone county is entitled to have the auditor file the ticket nominated by it, and to have such ticket placed upon the official ballot. The case was submitted on a lengthy stipulation of the facts. The stipulation was made subject to objections on the ground of relevancy, competency, or materiality, the intention of both parties being that only such parts thereof as are competent and relevant to the issues herein presented should be considered by this court. After making a most careful examination of such facts, the court is of the opinion that the ticket nominated by what is known as the "Murphy" faction or convention must be filed by the auditor, and placed upon the official ballot, as it appears from the stipulated facts that the said convention had the party organization. The peremptory writ of mandate prayed for by the plaintiff is directed to be issued as prayed for in the petition of the plaintiff. Costs awarded to the plaintiff.